

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2020

No. 04-20-00060-CV

**In the Interest of S.T.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-15371
Honorable Mary Lou Alvarez, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c)  The costs of this appeal are taxed against appellant.

It is so **ORDERED** on April 22, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2020.

_____
Michael A. Cruz, Clerk of Court